IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| FANNIE LOCKWOOD | Violations: 18 U.S.C. §§ 13 and 1153; N.D.C.C. §§ 14-09-22 and 12.1-32-01 |

**Child Abuse in Indian Country**

The Grand Jury Charges:

From on or about September 1, 2024, to October 31, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

FANNIE LOCKWOOD,

an Indian and a guardian and other custodian of Jane Doe, a child, willfully inflicted and allowed to be inflicted upon Jane Doe mental injury and bodily injury, substantial bodily injury, and serious bodily injury;

In violation of Title 18, United States Code, Sections 13 and 1153; North Dakota Century Code Sections 14-09-22 and 12.1-32-01.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

NPB/tmg